IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>                                Plaintiff,<br><br>vs.<br><br>Kevin Edward Heath, Jr.,<br>a/k/a Moody Nephew,<br>a/k/a Kash Brotha,<br><br>                               Defendant. | Case No. 1:23-cr-00061 |

**ORDER DENYING MOTION FOR
SUPERVISED RELEASE SENTENCE MODIFICATION**

[¶1]   THIS MATTER comes before the Court on a Motion for Supervised Release Sentence Modification filed by the Defendant on September 3, 2025. Doc. No. 46. The United States filed a Response on September 5, 2025. Doc. No. 48.

[¶2]   The Defendant asks for a reduction to his term of supervision from thirty-six (36) months to twelve (12) months. Doc. No. 46. The thirty-six (36) month term of supervision is the statutory mandatory minimum. 21 U.S.C. § 841(b)(1)(C); see also Doc. No. 31, ¶ 57. Accordingly, the Court cannot order less than thirty-six (36) months of supervision. In addition, any reduction under 18 U.S.C. § 3583(e)(1)[1] is inapplicable as the Defendant is currently serving his prison sentence.

[¶3]   The Defendant's Motion for Supervised Release Sentence Modification is, therefore, **DENIED**.

---

[1] This Section allows the Court to reduce a term of supervision only after a defendant has served at least twelve (12) months of supervised release. 18 U.S.C. § 3583(e)(1).

[¶4]     **IT IS SO ORDERED.**

DATED September 9, 2025.

                                           Daniel M. Traynor, District Judge
                                           United States District Court